**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 05-7874**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JOHN ELWOOD BUCKNER,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CR-00-398; CA-05-705-2-PMD)

─────────────

Submitted: February 16, 2006          Decided: February 23, 2006

─────────────

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

John Elwood Buckner, Appellant Pro Se.  Rose Mary Parham, Assistant
United States Attorney, Florence, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Elwood Buckner seeks to appeal the district court's judgment denying as time-barred his 28 U.S.C. § 2255 (2000) motion. The judgment is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude Buckner has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny his motion to compel defense counsel to provide certain materials from his trial. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -